UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS.: 79-8266-CIV-KING
79-8356-CIV-KING
79-8342-CIV-KING
80-8093-CIV-KING
82-8478-CIV-KING

MEL FISHER CENTER, INC.,

    Plaintiff,

vs.

THE UNIDENTIFIED, WRECKED,
AND ABANDONED VESSEL, etc.,

    Defendant.
_____/

## ORDER ADJUDICATING TITLE TO ARTICLES OF SALVAGE

**THIS CAUSE** came on before the Court upon Plaintiff's Motion for Order of Distribution which relates to the 2007 Salvage season. The Court retained jurisdiction to protect the Plaintiff's ongoing salvage operations in its August 31, 1982 Order. The Court has now received the 2007 Salvage Reports and confirmation of acceptance of a donation between Plaintiff/Substitute Custodian MEL FISHER CENTER, INC. and the State of Florida. The Court being otherwise fully advised of the premises, it is the finding of this Court that:

1. There has been continuous and on-going salvage activity performed by the MEL FISHER CENTER, INC., Plaintiff/Salvor and its predecessors in interest, and the success of said salvage activities is amply demonstrated by the artifacts represented in the Inventory of 2007 Recoveries presented to the Court as an attachment to Plaintiff's Motion for Order of Distribution.

2. The Plaintiff/Salvor has continued to exercise such dominion and control over the various Defendant vessels as is reasonable under the circumstances and they have continued to render diligent and effective assistance to the wreck sites of the Defendant vessels so as to justify their exclusive right to continue the salvage activities herein.

**THEREFORE** it is **ORDERED** and **ADJUDGED**:

1. All salvage recovered from the Defendant vessels during the 2007 salvage season, as reflected in the Salvage Reports and Inventories attached to Plaintiff's Motion for Distribution, be and the same is hereby **AWARDED IN SPECIE** to the Plaintiff/Salvor, MEL FISHER CENTER, INC., and Plaintiff's title is confirmed as against all the world.

**DONE AND ORDERED** at Miami, Florida on the __22__ day of __July__, 2008.

> JAMES LAWRENCE KING
> U.S. District Court

Copies Furnished To:

> David Paul Horan, Esq.
> Eric Taylor, Esq.